**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | |
|---|---|
| **WENDY IRENE RODENBERG,** )<br>)<br>   **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**VIRGINIA TECHNIQUES GYMNASTICS,** )<br>**INC.,** )<br>)<br>   **Defendant.** ) | **Case No: 7:21-cv-583** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including all claims, be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to bear their own attorneys' fees and costs.

Respectfully submitted this 18th day of April, 2022

AGREED:

/s/ Monica L. Mroz
Monica L. Mroz, Esq. (VSB # 65766) \\
Thomas E. Strelka, Esq. (VSB # 75488)
L. Leigh R. Strelka, Esq. (VSB # 73355)
N. Winston West, IV, Esq. (VSB # 92598)
Brittany M. Haddox, Esq. (VSB # 86416)
STRELKA EMPLOYMENT LAW
Warehouse Row
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA  24011
Tel:  540-283-0802
monica@strelkalaw.com
brittany@strelkalaw.com
thomas@strelkalaw.com
leigh@strelkalaw.com
winston@strelkalaw.com
   *Counsel for Plaintiff*

/s/ Eric D. Chapman
James K. Cowan, Jr. (VSB No. 37163)
Brian S. Wheeler (VSB No. 74248)
Eric D. Chapman (VSB No. 86409)
COWANPERRY PC
2270 Kraft Drive, Suite 1400
Blacksburg, VA  24060
Tel:  540-443-2850
jcowan@cowanperry.com
bwheeler@cowanperry.com
echapman@cowanperry.com
   *Counsel for Defendants*